IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

MICHAEL WILLIAMS,                        :

          Plaintiff,                     :

vs.                                      :  CIVIL ACTION 09-00774-WS-B

TONY PATTERSON, *et al.*,                :

          Defendants.                    :


## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be dismissed without prejudice.

**DONE** this 28th of April, 2010.


s/WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE